**Damon Demetrius COBB,
Petitioner–Appellant,**

v.

**Thomas R. CORCORAN; J. Joseph
Curran, Jr., Respondents–
Appellees.**

**No. 99–6587.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 10, 2001.

Decided Oct. 25, 2001.

Richard Alan Finci, Houlon & Berman, Hyattsville, MD, for appellant.

John Joseph Curran, Jr., Attorney General, Ann Norman Bosse, Office of the Attorney General of Maryland, Baltimore, MD, for appellees.

Before WILKINS, LUTTIG, and KING, Circuit Judges.

PER CURIAM.

Damon Demetrius Cobb seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Cobb v. Corcoran*, No. CA–98–4809–L (D. Md. Dec. 23, 1998; Apr. 14, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*